# Exhibit A

## Examples of Use of BAYC Marks

## Yuga Labs' Bored Ape Yacht Club Twitter Page



# Yuga Labs' Bored Ape Yacht Club OpenSea Page



# Yuga Labs' Bored Ape Yacht Club Website Homepage



## Yuga Labs' ApeFest Website Home Page

