# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**
**Clerk**

**Alexander Pirnie Federal Building**
**10 Broad Street**
**Utica NY 13501**
**(315) 793-8151**

**DAN MCALLISTER**
**Chief Deputy**

January 23, 2023

Molly R. Melcher, Esq.
Anthony M. Fares, Esq.
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Eric Ball, Esq.
Kimberly Culp, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

RE: Yuga Labs, Inc. vs. Thomas Lehman
NYND CASE NO. 1:23-CV-0085 (MAD/TWD)

Dear Sir or Madam:

Please be advised that the above case was filed January 20, 2023, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking a Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf. If you will be seeking a Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.

The parties are advised that all future filings and inquires should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Helen M. Reese,
        Case Processing Specialist

cc: Ethan M. Thomas, Esq. (via CM/ECF)
        NDNY File