UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| Yuga Labs, Inc., | : | Case No. 1:23-cv-00085-MAD-TWD |
| Plaintiff, | : | **PLAINTIFF YUGA LABS, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | : | |
| Thomas Lehman, | : | |
| Defendant. | : | |

------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Yuga Labs, Inc. certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 24, 2023

Respectfully Submitted,

FENWICK & WEST LLP

By: */s/ Ethan M. Thomas*
Ethan M. Thomas
ethomas@fenwick.com
Molly R. Melcher (*pro hac vice forthcoming*)
mmelcher@fenwick.com
Anthony M. Fares (*pro hac vice forthcoming*)
afares@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Eric Ball (*pro hac vice forthcoming*)
eball@fenwick.com
Kimberly Culp (*pro hac vice forthcoming*)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street


2

Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

*Attorneys for Plaintiff Yuga Labs, Inc*