UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| Yuga Labs, Inc., | : | Case No. 1:23-cv-00085-MAD-TWD |
| | : | |
| Plaintiff, | : | |
| | : | **MOTION FOR ADMISSION** |
| v. | : | *PRO HAC VICE* |
| | : | |
| Thomas Lehman, | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Pursuant to Local Rule 83.1, undersigned counsel respectfully moves for admission of Eric Ball to appear *pro hac vice* on behalf of Plaintiff Yuga Labs, Inc. ("Yuga Labs"). Mr. Ball is a member in good standing of the bar of the State of California and there are no pending disciplinary proceedings against him in any state or federal courts. Attached to this Motion is a Declaration of Sponsor, an Attorney Registration Form, Petition for Admission to Practice, Certificate of Good Standing, and a Proposed Order.

Dated: February 3, 2023

Respectfully Submitted,

FENWICK & WEST LLP

By: */s/ Ethan M. Thomas*
Ethan M. Thomas (ND NY Bar Roll # 704142
ethomas@fenwick.com
Molly R. Melcher (*pro hac vice forthcoming*)
mmelcher@fenwick.com
Anthony M. Fares (*pro hac vice forthcoming*)
afares@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300

Facsimile: 415.281.1350

Eric Ball (*pro hac vice forthcoming*)
eball@fenwick.com
Kimberly Culp (*pro hac vice forthcoming*)
kculp@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA  94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

*Attorneys for Plaintiff Yuga Labs, Inc.*