UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------x
: 
Yuga Labs, Inc.,                             :   Case No. 1:23-cv-00085-MAD-TWD
:
           Plaintiff,              :
:   **DECLARATION OF SPONSOR IN**
   v.                                         :   **SUPPORT OF MOTION FOR**
:   **ADMISSION *PRO HAC VICE***
Thomas Lehman,                          :
:
           Defendant.             :
:
------------------------------------x

Pursuant to 28 U.S.C. § 1746, Ethan M. Thomas, declares under penalty of perjury:

1. I am associate at the law firm Fenwick & West LLP, and am a member in good standing of the bar of this Court. I am counsel of record for Plaintiff Yuga Labs, Inc. in the above action. This declaration is submitted in support of the Petition of Eric Ball for *pro hac vice* admission. My Northern District, New York Bar Roll No. is 704142.

2. I make this declaration in support of the admission of Eric Ball pursuant to N.D.N.Y Local Rule 83.1 to practice before the United States District Court for the Northern District of New York and appear on behalf of Plaintiff in connection with the above-captioned matter.

3. I have personal knowledge of Mr. Ball's background and character and I attest to his high moral character and suitability for admission *pro hac vice* to this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 3, 2023                          */s/ Ethan M. Thomas*
                                                             Ethan M. Thomas