# United States District Court
## Northern District of New York

## NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate.   Select your method of admission and enter the required information.   Complete and sign the Oath on Admission below.*

NAME: **Eric**                    **Ball**                     Sr. ☐ Jr. ☐ II ☐ III ☐
First                 Middle                Last

☐ **STANDARD ADMISSION**  see L.R. 83.1(b)

Applicants who are not admitted to practice in the Federal District Courts of New York.

☐ **RECIPROCAL ADMISSION** see L.R. 83.1(c)

Applicants who are admitted in good standing of the bar in the U.S. District Court for the Eastern, Western or Southern District of New York. [CERTIFICATE OF GOOD STANDING REQUIRED. DECLARATION OF SPONSOR NOT REQUIRED.]

☒ **PRO HAC VICE ADMISSION** see L.R. 83.1(d)

Motion for Limited Admission Pro Hac Vice filed in NDNY Case Number  **1:23-cv-00085-MAD-TWD**
Applicant is also required to submit a Pro Hac Vice registration request in PACER.

☐ **FEDERAL GOVERNMENT ATTORNEY** see L.R. 83.1(e)

_____ Attorney appointed under 28 U.S.C. §§ 541-543, or employed by the U.S. Government, who is admitted to practice in another Federal District Court.

_____ Attorney in the employ of the U.S. Government who is **not** admitted in another Federal District Court. [CERTIFICATE OF GOOD STANDING REQUIRED]

☐ **SPECIAL GROUP ADMISSION CEREMONY** [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

Admission at the Special Ceremony scheduled on _____ in _____, NY.

☐ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK** see L.R. 83.1(a)(5)
[CERTIFICATE OF GOOD STANDING REQUIRED. DECLARATION OF SPONSOR NOT REQUIRED]

Attorney previously admitted on _____ Bar Number _____

### Oath on Admission

I, ____**Eric Ball**_____, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated:  **February 3, 2023**

_____
*Attorney Signature*