

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

## Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

**Personal Statement (Personal Information, Business Information, Good Standing, Education)**

### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| Eric | | Ball | |

Residence Address:
3500 Crestmoor Drive

| City: | State: | Zip: | County: |
|---|---|---|---|
| San Bruno | California | 94066 | San Mateo |

### Business Information

Affiliation/Firm:
Fenwick & West LLP

Address:
801 California Street

| City: | State | Zip | County |
|---|---|---|---|
| Mountain View | California | 94041 | Santa Clara |

E-Mail:
eball@fenwick.com

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|
| Partner | September 2005 | (650) 988-8500 |

### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

Superior Court of CA: 12/01/2005; U.S.D.C., Northern District of CA: 07/05/2006; Central District of CA: 06/22/2006; ED TX: 12/03/2007; ED CA: 09/02/2008; SD CA: 07/25/2008; District of NM: 03/01/2013; Distrrict of Colorado: 09/24/2013; US Court of Appeals for the Ninth Circuit: 09/09/2016

| Question | Yes | No |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | ○ | ● |
| Are there any disciplinary proceedings presently pending against you? | ○ | ● |
| Have you ever been censured or suspended from practice before any court? | ○ | ● |
| Have you ever been denied admission or readmission to the bar of any court? | ○ | ● |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

### Education

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
| UC Berkeley, School of Law | 2002 - 2005 | JD | 2005 |

Revised 12/2019

| Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location: |
|---|
| No |

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Eric Ball    *(signature)*                                02/03/2023
Signature                                                  Date

Revised 12/2019