UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 1:23-cv-00085-MAD-TWD |
| Plaintiff, | |
| | **[PROPOSED] ORDER** |
| v. | |
| Thomas Lehman, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

The application of Eric Ball to appear as counsel *pro hac vice* on behalf of Plaintiff Yuga Labs, Inc. is hereby **GRANTED.**

Dated: _____


_____
Honorable Mae A. D'Agostino
United States District Court Judge