UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **YUGA LABS, INC.,** | Case No. 1:23-cv-00085-MAD-TWD |
| *Plaintiff*, | **NOTICE OF APPEARANCE** |
| v. | |
| **THOMAS LEHMAN**, | |
| *Defendant*. | |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of Defendant Thomas Lehman in the above-referenced matter.

Dated: February 4, 2023        Respectfully submitted,

ETHAN JACOBS LAW CORPORATION

By: */s/ Ethan Jacobs*
Ethan Jacobs
*Attorney for Defendant Thomas Lehman*
100 Pine St. Suite 1250
San Francisco, CA 94111
Tel.: (415) 275-0845
ethan@ejacobslaw.com