UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| Yuga Labs, Inc., | Case No. 1:23-cv-00085-MAD-TWD |
| Plaintiff, | **STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION AGAINST THOMAS LEHMAN** |
| v. | |
| Thomas Lehman, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, on January 20, 2023, Yuga Labs, Inc. ("Yuga Labs") initiated the action against Thomas Lehman ("Lehman"), captioned *Yuga Labs, Inc. v. Thomas Lehman* (Case No. 1:23-cv-000850-MAD-TWD) in the United States District Court for the Northern District of New York (the "Action");

WHEREAS, Yuga Labs and Lehman have reached an agreement for resolution of the claims in the Action as against Lehman, the full terms and conditions of which are set forth in the document entitled "Confidential Settlement Agreement" dated as of February 3, 2023 (the "Settlement Agreement");

WHEREAS, the Settlement Agreement is conditioned upon entry by the Court of a stipulated consent judgment and order for permanent injunction and continuing jurisdiction by the Court on the terms and conditions set forth herein; and

WHEREAS, Lehman has waived formal service of process of the summons and complaint;

THEREFORE, Yuga Labs and Lehman stipulated and agree that this Court has jurisdiction to enter a stipulated consent judgment and order for permanent injunction on the following terms and conditions and that the Court shall have continuing jurisdiction for purposes of enforcing this

consent judgment and order for permanent injunction, the Settlement Agreement, and the request that the Court enter the [Proposed] Stipulated Consent Judgment and Order for Permanent Injunction.

Dated:   February 6, 2023                                         Respectfully submitted,


By:   s/ Ethan M. Thomas                                  By:   s/ Ethan Jacobs
    Ethan M. Thomas                                            Ethan Jacobs
    Ethan M. Thomas NY Reg. No. 5575683          Ethan Jacobs NY Reg. No. 4383600
    ethomas@fenwick.com                                     ethan@ejacobslaw.com
    Molly R. Melcher (*pro hac vice forthcoming*)   **ETHAN JACOBS LAW**
    mmelcher@fenwick.com                                  **CORPORATION**
    Anthony M. Fares (*pro hac vice forthcoming*)  100 Pine St., Suite 1250
    afares@fenwick.com                                         San Francisco, CA 94111
    **FENWICK & WEST LLP**                                Telephone: 415.275.0845
    555 California Street, 12th Floor
    San Francisco, CA  94104                               *Attorneys for Defendant Thomas Lehman*
    Telephone:415.875.2300
    Facsimile: 415.281.1350

    Eric Ball (*pro hac vice pending*)
    eball@fenwick.com
    Kimberly Culp (*pro hac vice forthcoming*)
    kculp@fenwick.com
    **FENWICK & WEST LLP**
    801 California Street
    Mountain View, CA 94041
    Telephone: 650.988.8500
    Fax: 650.938.5200

    *Attorneys for Plaintiff Yuga Labs, Inc.*

## ATTESTATION OF COCURRENCE IN FILING

I attest that concurrence in the filing of this document has been obtained from Ethan Jacobs on February 3, 2023.

| | |
|---|---|
| Dated:    February 6, 2023 | By:  *s/ Ethan M. Thomas*<br>Ethan M. Thomas<br>Ethan M. Thomas NY Reg. No. 5575683<br>ethomas@fenwick.com<br>**FENWICK & WEST LLP**<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br><br>*Attorneys for Plaintiff Yuga Labs, Inc.* |