

555 California Street          415.875.2300
12th Floor                    Fenwick.com
San Francisco, CA 94104

Ethan Michael Thomas
EThomas@fenwick.com  |  415.875.2238

February 6, 2023

VIA ECF E-Filing

Honorable Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY  12207

Re:     *Yuga Labs, Inc. v. Thomas Lehman* (Case No. 1:23-cv-00083-MAD-TWD)

Dear Judge D'Agostino:

I am counsel in the above-captioned case for Plaintiff Yuga Labs, Inc. ("Yuga Labs").  Pursuant to the Court's Notice of Admission Requirement (ECF No. 5), I write to advise the Court that the following attorneys intend to remain counsel of record in this proceeding:

- Eric Ball, Esq.
- Molly R. Melcher, Esq.
- Kimberly Culp, Esq.
- Anthony M. Fares, Esq.

Eric Ball has already applied for admission *pro hac vice* (ECF No. 8).  The remaining attorneys listed above intend to do so within 14 additional days, unless this matter is closed by that time. If the Court wishes to set an earlier date by which the remaining attorneys shall submit their applications, we will do so by that time.

Respectfully submitted,

FENWICK & WEST LLP

*/s/ Ethan M. Thomas*

Ethan M. Thomas